■ GENESCO, INC., Respondent, v CONE MILLS CORPORATION, Appellant. — Order, Supreme Court, New York County (H. Schwartz, J.), entered on August

4, 1981, unanimously affirmed, without costs and without disbursements. (See *Springs Mills v Carolina Underwear Co.*, 87 AD2d 524.) Concur — Kupferman, J. P., Ross, Carro, Silverman and Asch, JJ.